IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LYNN T. BRECKENRIDGE                                              PLAINTIFF

vs.                            CASE NO. 4:03CV00448 GH

ARKANSAS STATE POLICE                                             DEFENDANT

## CONSENT ORDER MODIFYING JUDGMENT

Upon application of the parties, the Court enters the following order modifying the judgment and the Memorandum Opinion and Order of the Court entered in this case on July 19, 2005:

1. The Memorandum Opinion and Order entered July 19, 2005 provided that the Plaintiff was to be reinstated to the rank of sergeant with his prior duty assignment. The Plaintiff has been restored to the rank of Sergeant, as ordered, effective July 18, 2005. However, upon agreement of the parties, the Plaintiff shall be assigned, as a sergeant, to the position of Administrative Sergeant, Regulatory Division of the Arkansas State Police. Upon further agreement of the parties it is also ordered that, consistent with the existing policy of the Defendant, the Plaintiff shall not be eligible to apply for a lateral transfer to another position, except upon mutual agreement of the parties, for a period of 24 months from the date of the assignment provided herein. The relief afforded the Plaintiff in this case shall not entitle the Plaintiff to test for the rank of lieutenant until the next testing cycle in which he is otherwise qualified to test.

2. The Defendant will pay to the Plaintiff, within 10 days of the entry of this Order, the sum of $1,750.00 in back pay as awarded by the jury pursuant to the Judgment entered on July 25, 2005. The Defendant will pay to counsel for the Plaintiff, within 10 days of the entry of this order, the sum of $22,626.40, representing attorney's fees and costs incurred by the Plaintiff.

Upon payment of said sums the Plaintiff shall immediately (but in no event later than 10 days after payment) cause a satisfaction of judgment to be entered upon the records of this Court.

3.  In consideration of the Defendant's agreement to forego any appeal or further review of the judgment and orders entered in this case, the Plaintiff has agreed to release any and all claims and causes of action (whether known or unknown to the parties) which the Plaintiff may have against the Defendant or its officers and agents as of the date of this Order, and has agreed to dismiss with prejudice the case of Lynn Breckenridge v. Arkansas State Police, which is now pending in the United States District Court for the Eastern District of Arkansas, case number 4:05CV0537 SWW. It is therefore ordered that all claims and causes of action (whether known or unknown to the parties) which the Plaintiff may have against the Defendant or its officers and agents as of the date of this Order are hereby released and extinguished in full, and the Plaintiff is ordered to immediately seek dismissal of case number 4:05CV0537 SWW.

IT IS SO ORDERED.

_____
United States District Judge
Date: August 2, 2005.

APPROVED:

Robert A. Newcomb
Attorney at Law
P.O. Box 149
Little Rock, AR 72203
*Attorney for Plaintiff*

By: _____
Robert A. Newcomb

*[signature]*
Lynn Breckenridge

Office of the Arkansas Attorney General
323 Center Street, Suite 1100
Little Rock, AR  72201
*Attorneys for Arkansas State Police*

By: *[signature]*
Patrick Hollingsworth

Arkansas State Police

By: *[signature]*

3